1464

94–88. State v. Tillman. *Cuyahoga County,* No. 61739. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.

94–99. State v. Colon. *Cuyahoga County,* No. 65460. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

94–144. Cleveland v. Harmon. *Cuyahoga County,* No. 64139. On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

94–145. Knowlton v. MRED Properties. *Mercer County,* No. 10–93–10. On motion to consolidate with 94–146, *Huffy Corp. v. MRED Properties,* Mercer County, No. 10–93–8; 94–147, *Teachers Ins. & Annuity Assn. of Am. v. Knowlton Co.,* Mercer County, No. 10–93–9; 94–148, *Huffy Corp. v. MRED Properties,* Mercer County, No. 10–93–12; 94–149, *Teachers Ins. & Annuity Assn. of Am. v. Knowlton Co.,* Mercer County, No. 10–93–13; and 94–150, *Knowlton v. MRED Properties,* Mercer County, No. 10–93–14. Motion granted.

94–162. State v. Batten. *Summit County,* No. 16279. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

94–169. State v. Campbell. *Cuyahoga County,* No. 65172. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

94–209. In re Whiteman. *Williams County,* No. J–83–70. On motion for leave to file notice of appeal instanter. Motion denied.

MOYER, C.J., dissents.